IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATTY GREENLEAF**                                                           **PLAINTIFF**

v.                           No. 4:11-cv-32-DPM

**KEVIN MURPHY, in his individual and
official capacities; JOCELYN HANBY, in
her individual and official capacities;
ARKANSAS DEPARTMENT OF
CORRECTION; and THE STATE OF
ARKANSAS**                                                                    **DEFENDANTS**

ORDER

Pursuant to the parties' joint stipulation of dismissal, *Document No. 23*, the Court dismisses Greenleaf's complaint with prejudice. FED. R. CIV. P. 41.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2012