IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATTY GREENLEAF                                                         PLAINTIFF

v.                          No. 4:11-cv-32-DPM

KEVIN MURPHY, in his individual and
official capacities; JOCELYN HANBY, in
her individual and official capacities;
ARKANSAS DEPARTMENT OF
CORRECTION; and THE STATE OF
ARKANSAS                                                                DEFENDANTS

JUDGMENT

Greenleaf's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 Jan. 2012